IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GINA RAWLS | ) | |
| | ) | |
| v. | ) | NO. 3:18-1385 |
| | ) | Richardson/Holmes |
| CARERITE CENTERS, LLC, et al | ) | |

**O R D E R**

By order entered on March 26, 2020 (Docket No. 21), Judge Richardson continued the trial in this case and directed any further adjustment to case management deadlines, as requested in the parties' joint motion (Docket No. 20). For good cause shown, the case management schedule is modified as follows:

1. Dispositive motions must be file by no later than **August 7, 2020**. Responses to dispositive motions must be filed **within 28 days** of the filing of the motion. Optional replies may be filed **within 14 days** of the filing of the response. All other dispositive motion filing and briefing provisions, including page limits and restrictions on partial motions for summary judgment, found in prior orders remain unchanged.

2. All other case management deadlines and provisions found in prior orders and not modified herein remain in effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge